NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM B. WILEY,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3140

---

Petition for review of the Merit Systems Protection Board in No. SF0831090055-M-2.

---

**ON MOTION**

---

Before RADER, *Chief Judge*, LOURIE and TARANTO, *Circuit Judges.*

RADER, *Chief Judge.*

**O R D E R**

The parties jointly move to remand this case to the Merit Systems Protection Board ("Board") due to settlement.

William B. Wiley appealed a Board decision that determined that his ex-wife was entitled to a permanent

survivor annuity pursuant to his retirement under the Civil Service Retirement System.  On July 13, 2013, the parties entered into a settlement agreement resolving Wiley's claim.

Per the settlement agreement, the parties now move to remand the case to the Board for entry of the settlement agreement into the record.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded to the Board.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

s26

ISSUED AS A MANDATE: December 11, 2013